**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Lorenzo Lee LEWIS, Defendant–Appellant.**

**No. 13–10035**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

July 29, 2013.

Patricia D. Barksdale, Bonnie Ames Glober, Diidri Robinson, U.S. Attorney's Office, Jacksonville, FL, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Sylvia Irvin, Federal Public Defender's Office, Jacksonville, FL, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Lorenzo Lee Lewis, Jesup, GA, pro se.

Before MARCUS, MARTIN and HILL, Circuit Judges.

PER CURIAM:

Donna Lee Elm, appointed counsel for Lorenzo Lee Lewis, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Lewis's conviction and sentence are **AFFIRMED.**